**DISSENT ON REHEARING**



ATTORNEYS FOR APPELLANT

Timothy F. Devereux
Daniel A. Ladendorf
Ladendorf Law
Indianapolis, Indiana

ATTORNEY FOR THE *AMICUS CURIAE*

Alexander Jesus Limontes
Indiana Trial Lawyers Association
Indianapolis, Indiana

ATTORNEYS FOR APPELLEE

Rick D. Meils
Neil A. Davis
John W. Mervilde
Meils Thompson Dietz & Berish
Indianapolis, Indiana

# IN THE
# COURT OF APPEALS OF INDIANA

| | |
|---|---|
| Noe Escamilla, <br> *Appellant-Plaintiff,* <br><br> v. <br><br> Shiel Sexton Company, Inc., <br> *Appellee-Defendant* | July 13, 2016 <br><br> Court of Appeals Case No. <br> 54A01-1506-CT-602 <br><br> Appeal from the Montgomery <br> Superior Court <br><br> The Honorable Heather L. <br> Dennison, Judge <br><br> Trial Court Cause No. <br> 54D01-1107-CT-562 |

**Baker, Judge, dissenting.**

I respectfully dissent from the majority's decision to deny Escamilla's petition for rehearing and I wish to reiterate the position that I expressed in greater detail in my previous dissenting opinion. *See Escamilla v. Shiel Sexton Co.*, No. 54A01-1506-CT-602, Slip Op. at *8 (Ind. Ct. App. March 31, 2016) (Baker, J., dissenting). I believe that knowledge of a party's immigration status alone sheds no meaningful light on the question of whether that party will one day face deportation. Such information cannot be "considered," in any real sense of the word, and can serve only as a basis for speculation that will likely result in prejudice. I would vote to grant the petition for rehearing as I believe that the majority should address these concerns.